261 So.2d 785

In re Bennie Lee DAVIS

v.

STATE.

Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.

I Div. 726.

Supreme Court of Alabama.

April 27, 1972.

William J. Baxley, Atty. Gen., and Joseph G. L. Marston, III, Asst. Atty. Gen., for the State, petitioner.

J. D. Quinlivan, Jr., Mobile, for respondent.

HEFLIN, Chief Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Davis v. State, 48 Ala.App. 58, 261 So.2d 783.

Writ denied.

LAWSON, MERRILL, HARWOOD and MADDOX, JJ., concur.

262 So.2d 302

In re STATE of Alabama, DEPARTMENT OF REVENUE

v.

CONSUMERS BAGGING COMPANY, Inc., a Corp.

Ex parte CONSUMERS BAGGING COMPANY, Inc., a Corp.

8 Div. 482.

Supreme Court of Alabama.

May 11, 1972.

Harold V. Hughston, Tuscumbia, for petitioner.

Herbert I. Burson, Jr., Asst. Counsel, Dept. of Revenue, State of Alabama, opposed.

MERRILL, Justice.

Petition of Consumers Bagging Company, Inc., a Corporation, for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in State of Alabama, Department of Revenue v. Consumers Bagging Co., Inc., 48 Ala.App. 95, 262 So.2d 297.

Writ denied.

HARWOOD, BLOODWORTH, MADDOX and McCALL, JJ., concur.